HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF NATURAL RESOURCES; ANDERSONS PARTNERSHIP; GARY L. ANDERSON and PAMELA S. ANDERSON, husband and wife; CHARLES H. ANDERSON, JR., and RUTH H. ANDERSON, husband and wife; and JOHN D. ANDERSON and JUDITH M. ANDERSON, husband and wife,<br><br>            Defendants. | No.: CV 06-0468 RSM<br><br>**DEFAULT JUDGMENT** |

    This matter having come before the Court on Plaintiff's Motion for Default Judgment against Charles H. Anderson, Jr., Ruth H. Anderson, John D. Anderson, Judith M. Anderson, and Andersons Partnership and the Court having reviewed the pleadings filed herein, and based upon the Orders of Default dated October 16, 2006 and October 18, 2006, and the Court being fully advised of all information; now, therefore, it is:

    ADJUDGED AND DECREED that Plaintiff Allstate Insurance Company is granted Default Judgment against Charles H. Anderson, Jr., Ruth H. Anderson, John D. Anderson,

Page 1  DEFAULT JUDGMENT [PROPOSED]

**Foley & Buxman, PLLC**
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
Telephone: 360.883.0636

1  Judith M. Anderson, and Andersons Partnership declaring that Allstate is not obligated to
2  provide coverage for, or a defense to, Charles H. Anderson and Ruth H. Anderson, arising
3  out of the lawsuit filed by the Washington State Department of Natural Resources, which
4  was filed in Ferry County Superior Court.
5     DATED this 27th day of October, 2006.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

FOLEY & BUXMAN, PLLC


/S/  DOUGLAS F. FOLEY
Douglas F. Foley, WSBA #13119
Katie D. Buxman, WSBA #32867
Attorneys for Plaintiff
104/3048